IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EMMANUEL QUITEN HOOKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:08-CV-776-TMH |
| | ) | (WO) |
| HOUSTON COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #5) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #5) of the Magistrate Judge is ADOPTED.  Because the Houston County Jail is not a legal entity amenable to suit under 42 U.S.C. § 1983, Plaintiff's claims against it are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915 (e)(2)(B)(i).  The Houston County Jail is DISMISSED as a party to this complaint.  With respect to the remaining Defendants, this case is referred back to the Magistrate Judge for additional proceedings.

Done this 16th day of October, 2008.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE