IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| EMMANUEL QUITEN HOOKS | * | |
| Plaintiff, | * | |
| v. | * | 1:08-CV-776-TMH |
| | | (WO) |
| CORRECTION OFFICER DYKES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion to amend complaint, and for good cause, the court concludes that the motion is due to be granted in part and denied in part. To the extent Plaintiff seeks to named "Medical Department" as a defendant it is

ORDERED that the motion (*Doc. No. 22*) be and is hereby DENIED.  *See Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992).

To the extent Plaintiff seeks to amend the relief sought in the complaint, it is

ORDERED that the motion (*Doc. No. 22*) be and is hereby GRANTED.

Done, this 17th day of November 2008.

        /s/ Wallace Capel, Jr.
        WALLACE CAPEL, JR.
        UNITED STATES MAGISTRATE JUDGE